No. 4440.—N. SANTINI & Co., aplte., *v.* HERNÁNDEZ ETC., apldos.—C. D. San Juan. Abril 10, 1928. Vista la moción sobre desestimación que antecede, fundada en la falta de alegato de la apelante, y apareciendo que el alegato presen-

tado por dicha apelante en el acto de la vista consiste única-mente en una relación de hechos y un señalamiento de error, sin que se haya demostrado claramente por las razones adu-cidas como motivos para tal señalamiento y como parte del mismo que la presente apelación tiene verdadero mérito en su fondo, se declara con lugar la referida moción.